IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VINCENZO ENVER VALACHI                                                                PLAINTIFF
ADC #099530A

v.                              No: 4:17-cv-00774 JLH-PSH

ARKANSAS DEPARTMENT OF
CORRECTIONS, *et al.*                                                                 DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Valachi's claims against the ADC are dismissed.

2. Valachi's claim against defendant Dexter Payne is dismissed.

3. Because defendant Randy Watson and defendant Mark Cashion are no longer wardens at the Varner Unit, Valachi's claims against these two defendants for injunctive relief are dismissed.

DATED this 11th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE