IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VINCENZO ENVER VALACHI**  PLAINTIFF
ADC #099530A

v.   No: 4:17-cv-00774 JLH-PSH

**WENDY KELLEY,** *et al.*   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Defendants' motions for summary judgment (Doc. Nos. 20 & 32) are granted in part and denied in part. The following claims may proceed: Valachi's claims against Lane regarding holiday parties and events; Valachi's claims against Ashcraft regarding the lack of a wheelchair-accessible track and toilet in the recreation yard; and Valachi's claims against McConnell regarding his access to vo-tech and job training programs. All other claims are dismissed without prejudice for failure to exhaust administrative remedies.

DATED this 15th day of February, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE