IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VINCENZO ENVER VALACHI                                                                 PLAINTIFF
ADC #099530A

v.                               No: 4:17-cv-00774 BRW-PSH

CHRISTOPHER ASHCRAFT, *et al.*                                                      DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation (Doc. No. 80) submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Partial Recommendation in all respects. The irreparable harm issues raised in Plaintiff's objections are unrelated to this case.

Accordingly, Plaintiff's motion for a temporary restraining order (Doc. No. 78) is denied without prejudice.

IT IS SO ORDERED this 10th day of October, 2019.

                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE