**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**VINCENZO ENVER VALACHI**                                                                          **PLAINTIFF**
**ADC #099530A**

**v.**                                         **No: 4:17-cv-00774 BRW-PSH**

**CHRISTOPHER ASHCRAFT,** *et al.*                                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States

Magistrate Judge Patricia S. Harris, and Plaintiff's objections filed.  After carefully considering

the objections and making a *de novo* review of the record in this case, I approve and adopt the

Proposed Findings and Recommendation in all respects.

Accordingly, Defendants' motion for summary judgment (Doc. No. 72) is GRANTED,

and Valachi's claims against the Defendants are DISMISSED with prejudice.

IT IS SO ORDERED, this 2nd day of June 2020.


                                                            Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE