IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VINCENZO ENVER VALACHI**                                                                       **PLAINTIFF**
**ADC #099530A**

v.                              No: 4:17-cv-00774 BRW-PSH

**CHRISTOPHER ASHCRAFT,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED, this 2nd day of June 2020.

                Billy Roy Wilson_____
                UNITED STATES DISTRICT JUDGE